# THE LOWMAN LAW FIRM

ONE ALLEN CENTER
500 DALLAS STREET, SUITE 3030
HOUSTON, TEXAS 77002-4705

TELEPHONE: (713) 752-0777    FACSIMILE: (713) 752-0778
WWW.LOWMANLAW.COM

October 9, 2015

*Via First Class Mail*

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

Re:    Court of Appeals No. 03-15-00644-CV; *Keystone RV Company v. Texas Department of Motor Vehicles;* Administrative Appeal pursuant to 43 TEX. ADMIN. CODE §215.207(8) and TEX. OCC. CODE § 2301.751

Dear Mr. Kyle:

Following up on our telephone conversation today, enclosed is a check in the amount of $50.00 for issuance of citations in the above-referenced appeal. As we discussed, please hold the citations at your office for pick up by a private process server.

Thank you for your assistance with this matter. Please call if you have any questions.

Very truly yours,

Christopher J. Lowman

Enclosure
CJL:spa

RECEIVED

OCT 1 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

LAW OFFICES OF
**CHRISTOPHER J. LOWMAN**
3030 ONE ALLEN CENTER
500 DALLAS STREET
HOUSTON, TEXAS 77002-4705

N HOUSTON
1X //3
09 OCT '15
PM 2 L

First Class Mail
ComBasPrice

UNITED STATES POSTAGE
02 1P
0000830766      OCT 09 2015
$ 000.48⁵
PITNEY BOWES
MAILED FROM ZIP CODE 77002

78711254747

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711